UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 09-31590
Sean D Gabbard | (Chapter 13)
Heather R Gabbard |
Debtors | JUDGE GUY R. HUMPHREY

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035530**

| Ct / Tee Claim # | Address | Amount |
| --- | --- | --- |
| 10/ 2 | US BANK NATIONAL ASSOCIATION<br>WELLS FARGO BANK NA<br>1 HOME CAMPUS/ATTN BK PAYMENT PROC<br>MAC# X2501-01D<br>DES MOINES, IA  50328 | 857.26 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/4/2010

Certificate of Service                                    09-31590

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Sean D Gabbard<br>Heather R Gabbard<br>456 DeFoe Drive<br>Dayton, OH  45431 | RICHARD P ARTHUR<br>1634 S SMITHVILLE RD<br>DAYTON, OH  45410 | (59.1n)<br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION<br>BOX 75906<br>ST PAUL, MN  55175 |
| (60.1n)<br>OHIO DEPT OF TAXATION<br>% RAYMOND PIKNA JR.<br>600 VINE ST  STE 2500<br>CINCINNATI, OH  45202 | (2.4)<br>STEVEN H PATTERSON<br>BOX 5480<br>CINCINNATI, OH  45201 | (61.1n)<br>STEVEN H PATTERSON<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45201-5480 |
| (2.1)<br>US BANK NATIONAL ASSOCIATION<br>WELLS FARGO BANK NA<br>1 HOME CAMPUS/ATTN BK PAYMENT PROC<br>MAC# X2501-01D<br>DES MOINES, IA  50328 | (1.1n)<br>WILSHIRE CREDIT CORPORATION<br>BOX 1650<br>PORTLAND, OR  97207 | |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv